ANGEL HERNANDEZ

4604 HUDSON AVE APT 1 R

UNION CITY NJ 07087

PRO SE

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 OCT 23  P 1:46

| | |
|---|---|
| ANGEL HERNANDEZ.PRO SE PLAINTIFF, <br><br> VS. <br><br> ULTIMATE HOLDING,L.L.C. <br> PAUL MARINO ATTORNEY <br> WILLIAM J.MUNIER, ESQ. <br> KENNETH J. ROSELLINI, ESQ. <br> E. WATERS &ASSOCIATES,P.C. <br> JOSEPH A.CHANG. ESQ. <br> DEFENDANT. | UNITED STATES DISTRICT COURT <br>   DISTRICT OF NEW JERSEY <br><br> DOCKET No. <br> CIVIL ACTION <br><br> ORDER TO SHOW CAUSE |

ANGEL HERNANDEZ.OF FULL AGE CERTIFIES AS FALLOWS

I AM THE PLAINTIFF,

HOWEVER,I BELIVE THAT TO BE EXACT WE SHOULD RATHER REFE TO THE NEXT EVENT AS A PROCESS OF MALICIOUS CORFIRMATION.

AND BE TRAPPED IN A VICIOUS CIRCLE.

1 WRONG DECISION BY JUDGE HECTOR VELAZQUEZ.

2 APRIL 30-2014 I WAS REMOVED THE MY PROPERTY 4604 HUDSON AVE APT 1R BY THE SHERIFF OF HUDSON COUNTY WITH THE COMPLICITY OF ULTIMATE HOLDING L.L.C.A AND THE LAWYER PAUL MARINO

3 PAUL MARINO THE LAWYER THE ULTIMATE HOLDING L.L.C. WAS AWARE THAT WAT HE WAS DOING WAS FRAUD.

4 ON MARCH 24-2015 THE COURT OF APPEAL DECIDED IN MY FAVOR.

5 BY ALL THE LAWYER WHO WENT THOUGH THIS CASE THEY ALL ACTED AS THE ORGANIZED CRIME AN APPEAL I WON ON MY BEHALF AND I AM STILL OFF MY PROPERTY.

6 I WAS GREATLY AFFECTED IN EVERY ASPECT OF MY LIFE AS VIOLATING MAFIA LAWS AS WITH FAKE PAERS TRESPASSING THE PROPERTY.
IN COMPLICITY OF THE LAWYERS OF ULTIMATE HOLDING L.L.C.PAUL MARINO AND MY OWN LAWYERS.WILLAM J.MUNIER,ESQ KENNETH J.ROSILLINI.ESQ E.WATERS & ASSOCIATES,P.C.ESQ.JOSEPH A.CHANG.ESQ.
FOR THE SAKES SHOULD NOT BE ALLOWED TO CONTINUE TO MAKE SUCH VIOLATIONS.HOW MUCH DAMAGE DO PEOPLE THERE INCLUDE ME?

7 THAT IS WHY I ASK THE HONORABLE COURT THAT THIS CASE BE ACCEPTED IN THIS COURT.

*[signature]*
ANGEL HENANDEZ.

HULTIMATE HOLDING L.L.C.

I ANGEL HERNANDEZ CERTIFIED THAT I WAS ILLEGALLY REMOVED BY JERSEY CITY SHERIFF ON 4-30-2014. 4604 HUDSON AVE UNION CITY NEW JERSEY 07087 APT 1  AND I ASK THAT THE SHERIFF HAS BEEN SUED TREE TIMES FOR EVERY VIOLATION THAT THE SHERIFF MADE FOR HIS INLLEGALITY. I ASK THE COURT TO GRANT ME THE ORDER OF THIS LAWSUIT.

ALSO THE SAME TO HULTIMATE HOLDING L.L.C. FOR ILLEGALLY REMOVING FROM MY PROPERTY. 4604 HUDSON AVE UNION CITY NJ APT 1R 07087 3 TIMES FOR EACH VIOLATION HE DID AND HIS LAWYER MARINO WHO KNEW THAT WHAT HE WAS DOING WAS ILLEGAL WAS AGAINST THE LAW. I ASK THE COURT TO GRANT ME THE ORDER OF THIS LAWSUIT.

AND TO HIS LAWYER MARINO WHO KNEW THAT WHAT HE WAS DOING WAS AGAINST THE LAW I ALSO ASK THREE TIMES FOR EVERY VIOLATION HE MADE AGAINST ME.

I ASK THE COURT TO GRANT ME THE ORDER OF THIS LAWSUIT AGAINST MARINO IT REPRESENTS  A HULTIMATE HOLDING L.L.C.

ANY CLAIM FOR EXPENSES OR MODIFICATION ON THE PROPERTY IN 4604 HUDSON AVE UNION CITY 07087 MUST BE PAID BY ULTIMATE HOLDING L.L.C.

FOR ALL DAMAGES CAUSED BY PAUL MARINO HIS ATTORNEY

AND ULTIMATE HOLDING L.L.C. FOR BEING REMOVED ILLEGAL FOR ALL THE DID TO ME.

*[signature: Angel Hernandez]*