ANGEL HERNANDEZ.

4604 HUDSON AVE APT 1R

UNION CITY NJ 07087

PRO SE

---

| | |
|---|---|
| ANGEL HERNANDEZ.PRO SE | UNITED STATES DISTRICT COURT |
| PLAINTIFF, | DISTRICT OF NEW JERSEY |
| VS. | |
| | DOCKET NO. |
| ULTIMATE HOLDING L.L.C. | |
| | CIVIL ACTION |
| DEFENDANT. | |
| | ORDER TO SHOW CAUSE |

---

THIS MATTER HAVING BEEN BROUGHT BY ANGEL HERNANDEZ.PRO SE THE PLATINTIFF THE APPEALLATE DECISION WHICH REVERSED THE TRIAL COURT DECISION THAT THERE WAS AN ILLEGAL EVICTION WHICH TOOK PLACE ON APRIL 30-2014   MARCH 24-2015 DECIDED IN MY FAVOR

ORDERED THAT PLAINTIFF SHOW CAUSE

REQUEST IMMEDIATE ACCESS TO THE BUILDING INCLUDED BUT NOT LIMITED TO THE LAND SURROUNDING SAID BUILDING AND THE BASEMENT.

ORDERED THAT PLAINTIFF SHOW CAUSE

ANGEL HERNANDEZ.REINSTATED TO HIS APARTMENT 1R 4604 HUDSON AVE UNION CITY NEW JERSEY 07087 WITH ALL EXPENSES AND COSTS OF HIS REINSTATEMENT TO BE PAID BY THE DEFEDANTS IT IS FURTHER.

ORDERED THAT DEFENDANTS SHOW CAUSE ON THE SAME DATE WHY AN ORDER DEFENDANTS TO PAID FOR ALL COSTS AND EXPENSES TO REINSTATE THE LOCKS CHANGED BY DEFENDANTES AND ANY OTHER CHANGES MADE UPON THE STRUCTURE OF THE PROPERTY AND IT IS FURTHER

ORDERED THAT THE DEFENDANTS SHOW CAUSE

ALL THE RENT CHARGED BY ULTIMATE HOLDING L.L.C. IN ORDER MUST BE RETURNED IN FULL TO THE PLAINTIFF IN ITS WHOLE FROM APRIL 30-2014 UNTIL NOW.

ORDERED THAT THE DEFENDANTS SHOW CAUSE

REMOVAL OF POLO HERNANDEZ.WHO RESIDES IN APT 1F 4604 HUDSON AVE UNION CITY NEW JERSEY 07087 WHO IS NOT A TENANT BUT A SUPERINTENDENT EMPLOYED BY ULTIMATE HOLDING L.L.C.

ORDERED THAT THE DEFENDANTS SHOW CAUSE

ALL LEASING CONTRACT OF EACH OF THE TENANTS MUST BE RETURND TO THE PLAINTIFF.

ORDERED THAT THE DEFENDANTS SHOW CAUSE

REINSTATEMENT. WHERE SARA HASBUN WAS REMOVED 4604 HUDSON AVE UNION CITY  NJ 07087 APT 1 FSHE WAS REMOVED FROM HER APARTMENT AS OWNER.SHE IS A TENANT. I ALSO WANT HER TO BE RETURNED TO HER APARTMENT AS SOON AS POSSIBLE.

ORDERED THAT THE DEFENDANTS SHOW CAUSE

ALSO THAT I BE PAID ALL MY BELONGINGS IN FULL.

ORDERED THAT THE DEFENDANTS SHOW CAUSE

IWANT A RESTRAINING ORDER FOR ULTIMATE HOLDING L.L.C. AND THEIR EMPLOYEES.

_____

HOHONORABLE    COURT

**ANGEL HERNANDEZ.**

**4604 HUDSON AVE APT 1R**

**UNION CITY NJ 07087**

**PRO SE**

---

| | |
|---|---|
| **ANGEL HERNANDEZ.PRO SE** | **UNITED STATES DISTRICT COURT** |
| **PLAINTIFF,** | **DISTRICT  OF NEW JERSEY** |
| VS. | |
| | **DOCKET NO.** |
| **ULTIMATE HOLDING L.L.C.** | |
| | **CIVIL  ACTION** |
| **DEFENDANT.** | |
| | **ORDER  TO SHOW CAUSE** |

---

THIS MATTER HAVING BEEN BROUGHT BY ANGEL HERNANDEZ.PRO SE

ORDERED THAT DEFENDANTS SHOW CAUSE

**RENT PAID FOR BEING REMOVED FROM MY PROPERTY ILLEGALLY.**

**BY PAUL MARINO AND ULTIMATE HOLDING L.L.C.**

**CLAIN TREE TIMES  $ 48.700.00 ITs A TOTAL. $146.100.00**

ORDERED THAT DEFENDANTS SHOW CAUSE

**STOLEN BELONGINGS BY ULTIMATE HOLDING L.L.C.**

**CLAIN TREE TIMES $ 30.640.66 ITs A TOTAL   $91.921.98.**

_____

HONORABLE    COURT

1