NAME  AND ADDRESS OF PARTY SERVED

ANGEL HERNANDEZ.PRO SE

P.O.BOX 4554 UNION CITY NJ 07087

PLAINTIFF,


ULTIMATE HOLDING L.L.C.

PAUL  MARINO ESQ.

SUITE  204

190  MOORE STREET HACKENSACK,NJ 07601

DEFENDANT.


WILLIAM J. MUNIER.ESQ.

KENNETH J. ROSELLINI ESQ.

530 MAIN STREET SUIT 202 FORT LEE.07024  NJ

DEFENDANT.


E.WATER & ASSOCIATES,P.C.

61-21 KENNEDY BLVD. 1FLOOR

NORTH  BERGEN, NJ 07047

DEFENDANT.

JOSEPH A. CHANG ESQ.

951 MADISON AVE.PATERSON, NJ 07501

DEFENDANT.

1

TABLE OF CONTENTS

1   ANGEL HERNANDEZ.CERTIFIES AS FALLOWS 2   PAGES

2   ORDER TO SHOW CAUSE   2   PAGES

3   ORDER TO SHOW CAUSE   1   PAGE

4   STATEMENT  OF  FACTS  1  PAGE

5   EXHIBIT  A

   ANGEL   HERNANDEZ.  STATEMENT OF   FACTS 2   PAGES

   ONLY TWO PAGES OF MARINO LAWYER AND ONE PAGE OF CHAPTER 13   ONLY

   AND TWO PAGES OF PHOTOS

   STOLEN BELONGINGS BY ULTIMATE HOLDING L.L.C.

   APPEALLANT. GILBERTO GARCIA ATTORNEY FOR APPEALLANT.

   LEGAL ARGUMENT   GILBERTO   GARCIA ESQ.PA.OF 1 TO 70   PAGES.

6   STATEMENT  OF  FACTS 3  PAGES

   EXHIBIT  B

   AGREEMENT MAY   16-2015

RECEIPT  OF PAYMENT   MAY 16-2015

RECEIPT  OF PAYMENT    JUNE-13-2015

RECEIPT OF  PAYMENT  AUGUST 10-2015

TEXTS  FROM WILLIAM J. ESQ. TO CLIENT  ANGEL HERNANDEZ.

M.GMAIL  AUGUST  24-2016

7 STATEMENT OF FACT

EXHIBIT  C

THE ONLY PAPER THAT I RECEIVED ISTHIS NOTE BY THE LAWYER MARGARITA

RETAINER AGREEMENT.AND RECEIPT

8   STATEMENT   OF FACTS   2   PAGES

EXHIBIT   D

RETAINER   AGREEMENT.   AND   RECEIPT

M GMAIL

9   EXHIBIT   E

STATEMENT   OF   FACTS   2   PAGES

COURT   TRANSCRIPT   77   PAGES

RENT   ROLL   BULIN

MOTION   IN OPPSITION   OF   SARA   F. HASBUN.

ORDER   FOR   POSSESSION   OF   ULTIMATE HOLDING L.L.C. MATTHEW LASALA PAUL   MARINO ESQ

ORDER   HECTOR   R.   VELAZQUE   J.S.C.

10   STATEMENT   OF FACTS   1   PAGE

EXHIBIT   F

TEXT FROM MR. ROBERT WHO WORKS FOR ULTIMATE HOLDING L.L.C.

11   EXHIBIT   G

STATEMENT OF FACT

UNION   CITY POLICE   DEPARTMENT   NEW   JERSEY REPORTS

STOLEN   BELONGINGS   BY ULTIMATE   HOLDING L.L.C.

STATEMENT   OF   FACTS

POLICE   REPORTS   AND PHOTOS

12   EXHIBIT   H

EXHIBIT   I

13   EXHIBIT   J

STATEMENT OF FACTS

COMPLAINT FROM STEVEN LASALA VS. SARA HASBUN

NJ AUTOMATED COMPLAINT SISTEM 2 PAGE.

CHRIST HOPITAL

THE STATE OF NEW JERSEY VS. JACK TRAINA ESQ.

THE STATE OF NEW JERSEY VS. STEVEN LASALA

STATE OF NEW JERSEY VS. ADAN BOLIN

THE STATE OF NEW JERSEY VS. FELISA SALAMANCA

CERTIFICATION IN SUPPORT OF PROBABLE CAUSE JACK TRAINA ESQ.

STEVEN LASALA ADAN BOLIN FELISA SALAMANCA

14 EXHIBIT K

STATEMENT OF FACTS

SUPERIOR COURT OF JC 20-2015

UNION CITY MUNICIPAL COURT

ATTORNEY ADVERTISEMENT.

15 EXHIBIT L

STATEMENT OF FACT 2 PAGES

8 PAGES

16 EXHIBIT M

STATEMENT OF FACT 2 PAGES

EXAM: MR 6 PAGES